PARSONS BEHLE & LATIMER
ASHLEY C. NIKKEL, ESQ., NV BAR ID 12838
ZACHARY S. SHEA, ESQ., NV BAR ID 15094
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
ANikkel@parsonsbehle.com
ZShea@parsonsbehle.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND PLASTICS CORPORATION,<br><br>Defendant. | Case No. 3:22-cv-00235-MMD-CLB<br><br>Judge: Hon. Miranda M. Du |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY, MOTION TO REFER, AND MOTION TO DISMISS**
**(FIRST REQUEST)**

IT IS HEREBY STIPULATED by and between Plaintiff Union Pacific Railroad Company, by and through their counsel of record Parsons Behle & Latimer; and Defendant Diamond Plastics Corporation, by and through their counsel of record Sierra Crest Business Law Group, in the parties' first stipulation for extension of time, that in consideration of the Parties' continued engagement in good faith and productive settlement negotiations, and a continued desire to meet and confer on the issues raised by Defendant in its Motion, Plaintiff's time to respond to the June 16, 2022 Motion to Stay, to Refer, and to Dismiss should be extended, and

/ / /

/ / /

that Plaintiff shall file a response to said Motion on or before Friday, July 29, 2022, absent any further stipulation of the parties or Order from the Court.

| Dated: June 24, 2022 | Dated: June 24, 2022 |
|---|---|
| PARSONS BEHLE & LATIMER | SIERRA CREST BUSINESS LAW GROUP |
| By:  /s/ Zachary S. Shea  <br>Zachary S. Shea, Nevada Bar No. 15094<br>*Attorneys for Plaintiff* | By:  /s/ Rita Greggio  <br>*(signed with Counsel's permission)*<br>Rita Greggio, NV Bar No. 14310<br>*Attorneys for Defendant* |

**IT IS HEREBY ORDERED.**

DATED: June 27, 2022

_____
UNITED STATES DISTRICT COURT JUDGE